Argued September 22, affirmed October 4, 1971

## McFARLANE, *Appellant, v.* McFARLANE, *Respondent.*

488 P2d 1206

*Richard J. Smith,* Klamath Falls, argued the cause and filed the brief for appellant.

*William P. Brandsness,* Klamath Falls, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

PER CURIAM.

The defendant father filed a motion and affidavit seeking a reduction in support payments on behalf of one child from $105 per month to $50 per month. The court found a change of circumstances justified a reduction to $85 per month, and so ordered.

From that order the plaintiff mother, who has custody of the child, appeals, seeking reinstatement of $105 per month support money. We agree with the trial judge.

Affirmed.